FILED
CLERK, U.S. DISTRICT COURT

MAR 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | CV 14-1503-UA (SH) |
| Plaintiff, | ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION |
| v. | |
| GAYE BERETTA WORMLEY, GREG SIMS, CAROL WORMLEY, AND DOES 1 TO 6, INCLUSIVE, | |
| Defendants. | |

The Court will remand this unlawful detainer action to state court summarily because defendants removed it improperly.

On February 27, 2014, defendants, having been sued in a routine unlawful detainer action in California State Court, lodged a Notice of Removal of that action to this court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not property removed. To prevent the action from remaining in jurisdictional

1

limbo, the Court issues this order to remand the action to state court.

Simply stated, plaintiff could not have brought this action in federal court in the first place. Defendants do not competently allege facts supplying either diversity or federal question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 JU.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful detainer Complaint states that the amount in controversy does not exceed $10,000. Moreover, because defendants reside in the forum state, defendants cannot properly remove the action, to the extent diversity jurisdiction is asserted. 28 U.S.C. § 1441(b).

Nor does plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that: 1) this matter is REMANDED to the Superior Court of California, Santa Monica Courthouse, 1725 Main Street Room 232, Santa Monica, CA 90401, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 3/9/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

2